# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** ) | | **Case No. 03-40170-DOT** |
| **Ducks In A Row, Inc.,** ) | | **Chapter 11** |
| ) | | |
| ) | | |
| **Debtor.** ) | | |
| ) | | |

## ORDER AUTHORIZING DEBTOR TO EMPLOY ACCOUNTANT

Upon the motion of Ducks In A Row, Inc. ("Debtor"), by counsel, for an order authorizing it to employ Lane & Associates, P.C. as its accountant; and upon the affidavit of Meda Lane, dated January 12, 2004, in support of the Motion; and the Court being satisfied that Lane & Associates, P.C., upon waiver of all pre-petition obligations, represents no interest adverse to the estate with respect to the matters upon which it is to be engaged, that Meda Lane and Lane & Associates, P.C. are "disinterested persons" as that term is defined in § 101(14) of the Bankruptcy Code, that the employment of Lane & Associates, P.C. is necessary and is in the best interest of the estate, that sufficient notice has been given, and sufficient cause appearing therefore,

**IT IS ORDERED** that Debtor is authorized to employ the accounting firm of Lane & Associates, P.C. as its accountant in this case to perform all of the services set forth in the Motion;

**IT IS ORDERED** that the compensation and reimbursement of expenses to be allowed to Lane & Associates, P.C. shall be determined by the Court upon appropriate application

Karen M. Crowley, VSB #35881
Marcus, Santoro & Kozak, P.C.
1435 Crossways Blvd., Suite 300
Chesapeake, VA  23320
Telephone (757) 222-2224
Facsimile  (757) 333-3390
Counsel for Ducks in a Row, Inc.

therefore and upon notice and a hearing, in accordance with §§ 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules; and

    The Clerk shall forward a copy of this Order to the persons on the attached list.

ENTERED: _____

                                                                                        United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Karen M. Crowley
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Leander Barnhill
Office of the United States Trustee

## CERTFICATE OF ENDORSEMENT

    I certify that in accordance with Local Rule 9033(C)(1), this Order has been endorsed by all necessary parties.

                                      /s/ Karen M. Crowley

Parties to Receive Copies:

Karen M. Crowley, Esq.
Marcus, Santoro & Kozak, P.C.
1435 Crossways Boulevard
Chesapeake, VA  23320

Ducks in a Row, Inc.
Attn:  Don DeLegge, President
13118 Midlothian Turnpike
Midlothian, VA 23113

Lee Barnhill, Esq.
Office of the U.S. Trustee
600 E. Main Street, Suite 301
Richmond, VA 23219